UNITED STATES of America,
Plaintiff–Appellee,

v.

Jerry Arbert POOL, Defendant–
Appellant.

No. 09–10303.

United States Court of Appeals,
Ninth Circuit.

June 2, 2011.

Robert A. Parker, DOJ–U.S. Department of Justice, Washington, DC, Phillip A. Talbert, Assistant U.S., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Rachelle Barbour, Esquire, FPDCA— Federal Public Defender's Office, Sacramento, CA, for Defendant–Appellant.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.